# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TOWN & COUNTRY BANK, | Case No.: 2:09-cv-00686-RLH-LRL |
| Plaintiff, | **O R D E R** |
| vs. | |
| BRIAN GODDARD and DANIEL K. LAK, | |
| Defendants. | |
| BRIAN GODDARD, | |
| Counterclaimant, | |
| vs. | |
| TOWN & COUNTRY BANK, DOE INDIVIDUALS, I-X, inclusive, and ROE COMPANIES, I-X, inclusive, | |
| Counterdefendants. | |

      Due to the Court's granting summary judgment against Brian Goddard's counterclaims (Dkt. #182, Order) and the voluntary dismissal of Town & Country Bank's slander of title claim (Dkt. #191, Order), only the evidentiary hearing necessary to determine the fair market value of the foreclosed property at the time of sale remains before the Court in this case. Accordingly, the Court vacates the calendar call scheduled for these parties on August 3, 2011, and the trial date of August 8, as they are no

1

AO 72
(Rev. 8/82)

longer necessary.  The Court orders the remaining parties, Goddard and Town & Country Bank, to file their list of witnesses and exhibits with the Court no later than 12:00 pm, August 22, 2011.  The Court will hold the NRS § 40.457 evidentiary hearing on September 6, 2011, at 9:00 am in Courtroom 6C of the Lloyd D. George Federal Courthouse.

Dated:  July 26, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**