Justin C. Jones, Esq.
Nevada Bar No. 8519
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
jcjones@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Town & Country Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOWN & COUNTRY BANK,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GODDARD and DANIEL K. LAK,<br><br>Defendants.<br>_____/<br><br>BRIAN GODDARD,<br><br>Counterclaimant,<br><br>v.<br><br>TOWN & COUNTRY BANK, DOE INDIVIDUALS, I-X, inclusive, and ROE COMPANIES, I-X, inclusive,<br><br>Counterdefendants. | CASE NO.: 2:09-CV-00686-RLH-LRL<br><br><br><br><br><br>**JUDGMENT** |

///

///

///

///

///

///

///

5232795_1.DOCX

Judgment in the above captioned matter is hereby entered in favor of Plaintiff Town & Country Bank and against Defendant Brian Goddard in the amount of $474,937.95, reflecting a deficiency of $381,595.45 as of the date of the foreclosure and interest accrued at the rate of 9.25% from the date of foreclosure to September 14, 2011. Post-judgment interest shall accrue at the statutory rate.

DATED this 15th day of September, 2011.

*Roger L. Hunt*
ROGER L. HUNT
United States District Judge

Submitted by:

Justin C. Jones, Esq.
Nicole E. Lovelock, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Town & Country Bank*

5232795_1.DOCX