1 Justin C. Jones, Esq.
Nevada Bar No. 8519
2 Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
3 HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
4 Las Vegas, Nevada 89134
(702) 669-4600
5 (702) 669-4650 – fax
jcjones@hollandhart.com
6 nelovelock@hollandhart.com

7 *Attorneys for Town & Country Bank*

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 TOWN & COUNTRY BANK,                    CASE NO.: 2:09-CV-00686-RLH-LRL

11         Plaintiff,
   v.
12
   BRIAN GODDARD and DANIEL K. LAK,            **JUDGMENT**
13
         Defendants.
14 _____/

15 BRIAN GODDARD,

16         Counterclaimant,

17 v.

18 TOWN & COUNTRY BANK, DOE
   INDIVIDUALS, I-X, inclusive, and ROE
19 COMPANIES, I-X, inclusive,

20         Counterdefendants.

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Page 1 of 2

5232795_1.DOCX

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

1  Judgment in the above captioned matter is hereby entered in favor of Plaintiff Town &

2  Country Bank and against Defendant Brian Goddard in the amount of $474,937.95, reflecting a

3  deficiency of $381,595.45 as of the date of the foreclosure and interest accrued at the rate of

4  9.25% from the date of foreclosure to September 14, 2011.  Post-judgment interest shall accrue

5  at the statutory rate.

6  DATED this 15th day of September, 2011.

7

8  ROGER L. HUNT
   United States District Judge

9

10  Submitted by:

11

12  Justin C. Jones, Esq.
    Nicole E. Lovelock, Esq.
13  HOLLAND & HART LLP
    9555 Hillwood Drive, 2nd Floor
14  Las Vegas, Nevada 89134

15  *Attorneys for Town & Country Bank*

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

5232795_1.DOCX