# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Town & Country Bank,

            Plaintiff,

V.

Brian Goddard, et al.,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00686-RLH-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiff Town & Country Bank and against Defendants Brian Goddard in the amount of $73,404.04 for fees and $691.22 for costs.

February 6, 2012                                /s/ Lance S. Wilson

Date                                                                                          Clerk

                                                                                            /s/ Aaron Blazevich

                                                                                           (By) Deputy Clerk