AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Town & Country Bank,

                  Plaintiff,

      V.

Brian Goddard, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00686-RLH-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of Plaintiff Town & Country Bank and against Defendants Brian Goddard in the amount of $73,404.04 for fees and $691.22 for costs.

February 6, 2012  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Aaron Blazevich  
(By) Deputy Clerk